UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DERRICK V. ARMSTRONG, | No. C 11-00085 MEJ |
| Plaintiff(s), | |
| v. | **CONDITIONAL DISMISSAL** |
| SF GENERAL HOSPITAL, | |
| Defendant(s). | |

The Court, having been advised that the parties in the above-captioned matter have agreed to a settlement of this case, hereby DISMISSES this case with prejudice. However, if any party hereto shall certify to this Court, within sixty days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: December 6, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DERRICK,

        Plaintiff,

  v.

ARMSTRONG-V-SF GENERAL HOSPITAL et al,

        Defendant.
                                     /

Case Number: CV11-00085 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Derrick V. Armstrong
2824 Dohr Street
Berkeley,  CA 94702


Dated: December 6, 2011

                                    Richard W. Wieking, Clerk
                                    By: Brenda Tolbert, Deputy Clerk